UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID JOHNSTON**  CV # 05-1528-HA

    Plaintiff,

vs.

                                              ORDER FOR EAJA FEES

**MICHAEL J. ASTRUE**
**COMMISSIONER of Social Security**,

    Defendant.

Based on the Stipulation of the parties, the Court ORDERS the Commissioner to pay Plaintiff in care of Plaintiff's attorney $5,359.74 in EAJA fees.

It is so ORDERED.

DATED this _22_ day of _May_, 2007

                                                              United States District Judge

Prepared as to form
Alan Graf, OSB #92317
Attorney for Plaintiff